FILED: April 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1793
(1:14-cv-02535-ELH)

_____

UNITED STATES EX REL. DEBORAH SHELDON, Executrix of the Estate of
Troy Sheldon, United States of America, ex rel.

       Plaintiff - Appellant

v.

ALLERGAN SALES, LLC

       Defendant - Appellee

------------------------------

THE ANTI-FRAUD COALITION

       Amicus Supporting Appellant

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA;
CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

       Amici Supporting Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for

rehearing en banc.

The court grants the motion to file amicus curiae brief in support of the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk